1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

** E-filed July 22, 2011 **

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RUSSELL F. FENNELL,

        Plaintiff,

  v.

TASHA SOUTER, et al.,

        Defendants.

_____/

No. C11-03585 HRL

**ORDER (1) SETTING DEADLINE FOR PLAINTIFF TO FILE EITHER CONSENT TO OR DECLINATION OF MAGISTRATE JUDGE JURISDICTION AND (2) DIRECTING PLAINTIFF TO RE-SUBMIT A LEGIBLE COPY OF HIS COMPLAINT**

**[Re: Docket Nos. 1, 2]**

On July 21, 2011, plaintiff filed a complaint along with an Application to Proceed *In Forma Pauperis*. Docket Nos. 1, 2.

This case has been assigned to a Magistrate Judge. IT IS ORDERED that, no later than **August 5, 2011**, plaintiff shall file either (1) a Consent to Proceed Before a Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and a Request for Reassignment to District Court Judge.  If plaintiff did not receive copies of these forms from the clerk's office upon filing the complaint, they are available from the clerk of the court or from the court's website at www.cand.uscourts.gov.

In addition, so that the court may give his claims full consideration, plaintiff is also directed to re-submit his complaint, typing or more legibly printing the information that is currently handwritten.

**United States District Court**
For the Northern District of California

1    **IT IS SO ORDERED.**

2    Dated: July 22, 2011

3    _____
     HOWARD R. LLOYD
4    UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**C11-03585 HRL Notice will be electronically mailed to:**

**Notice will be mailed to:**

Russell F. Fennell
3993 Iowa Avenue
#206
Riverside, CA 92507

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**