*E-FILED: January 10, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUSSELL FENNELL, | No. C11-03585 HRL |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| TASHA SOUTER; ET AL., | |
| Defendants. | |

The Court having granted Defendants' Motion to Dismiss (Dkt. 61), it is hereby ordered that the claims of plaintiff Russell Fennell are dismissed WITHOUT PREJUDICE. The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: January 10, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-03585 HRL Order will be electronically mailed to:**

Claire Cormier            claire.cormier@usdoj.gov

**Order will be mailed to:**

Russell F. Fennell
659 Easter Avenue
Akron, OH 44307

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**